SHAMEKA LATASHA WEATHERSBY
5640 KEELE ST
APT F12
JACKSON, MS 39206

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CITY OF JACKSON WATER

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

ADVANCE RECOVERY
P.O. BOX 3590
JACKSON, MS 39207

COMENITY CAPITAL
ATTN: BANKRUPTCY
POB 182273
COLUMBUS, OH 43218

TOTAL VISA/TBOM
PO BOX 84930
SIOUX FALLS, SD 57118

AFFIRM
443 IRVING DR
BURBANK, CA 91504

COMENITYCAPITAL
PO BOX 182508
COLUMBUS, OH 43218

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111

ATMOS ENERGY
4155 INDUSTRIAL DR
JACKSON, MS 39209

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

BREAD PAY
PO BOX 182508
COLUMBUS, OH 43218

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706