THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**LLAW 553-MS-e 8/21**

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| SHAMEKA WEATHERSBY 415 BROADMOOR DR Jackson, MS 39206 HINDS | N/A | HG MS CHEV LLC 1685 HIGH STREET Jackson, MS 39202 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 2019 | GMC Acadia | 1GKNNLS9KZ236024 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $_____ 0.00 is |
|---|---|---|---|---|
| 10.54 % | $ 15,202.52 | $ 42,288.04 | $ 57,490.56 | $ 57,490.56 |

### Your Payment Schedule Will Be:

(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 798.48 | Monthly beginning 12/05/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If a payment is not received in full within ___10___ days after it is due, you will pay a late charge of ___5___ % of the part of the payment that is late with a maximum charge of $ ___5.00___, unless the vehicle is a commercial vehicle. For a commercial vehicle, if payment is not received in full within ___15___ days after it is due, you will pay a late charge of ___4___ % of the part of the payment that is late with a minimum charge of $ ___5.00___ and a maximum charge of $ ___50.00___.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ ___N/A___ and is** also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___72___ Mos.

SAFEGUARD SAFEGAP
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs **X** _A Smith_____

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY
TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

Exhibit A

THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## ITEMIZATION OF AMOUNT FINANCED

**1** Cash Price (including $ ___1,451.20___ sales tax)  $ ___35,450.20___ (1)

**2** Total Downpayment =

Trade-in ___2017___ ___Nissan___ ___Altima___
    (Year)    (Make)    (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | 5,400.00 |
| Less Pay Off Made By Seller to NISSAN MOTOR ACCEPTANCE | $ | 7,952.84 |
| Equals Net Trade In | $ | -2,552.84 |
| + Cash | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4J below)  $ ___0.00___ (2)

**3** Unpaid Balance of Cash Price (1 minus 2)  $ ___35,450.20___ (3)

**4** Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

**A** Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
| | | |
|---|---|---|
| Life | $ | N/A |
| Disability | $ | N/A |

$ ___N/A___

**B** Vendor's Single Interest Insurance Paid to Insurance Company  $ ___N/A___

**C** Other Optional Insurance Paid to Insurance Company or Companies  $ ___N/A___

**D** Optional Gap Contract  $ ___1,200.00___

**E** Official Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

**F** Government Taxes Not Included in Cash Price  $ ___N/A___

**G** Government License and/or Registration Fees

N/A

Registration Fee : $ 10.00  $ ___10.00___

**H** Government Certificate of Title Fees  $ ___N/A___

**I** Document/Service Fee  $ ___425.00___

A DOCUMENT/SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW, HOWEVER, IT MAY BE CHARGED TO A BUYER/LESSEE FOR THE PREPARATION, HANDLING AND PROCESSING OF DOCUMENTS AND THE PERFORMANCE OF SERVICES RELATED TO THE SALE OR LEASE OF A MOTOR VEHICLE AND MAY INCLUDE DEALER PROFIT. THIS NOTICE IS REQUIRED BY REGULATION OF THE MISSISSIPPI MOTOR VEHICLE COMMISSION.

**J** Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to NISSAN MOTOR ACCEPTANCE | for Prior Credit or Lease Balance | $ | 2,552.84 |
| to US PLUS | for Service Contract | $ | 2,650.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf  $ ___6,837.84___ (4)

**5** Amount Financed - Principal Balance (3 + 4)  $ ___42,288.04___ (5)

**6** Finance Charge  $ ___15,202.52___ (6)

**7** Total of Payments - Time Balance (5 + 6)  $ ___57,490.56___ (7)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___ , Year ___N/A___ . SELLER'S INITIALS ___N/A___

**Returned Check Charge:** You agree to pay us the actual charges assessed by a financial institution up to $ ___15.00___ , if any check you give us is dishonored for insufficient funds.

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

Credit Life $ ___N/A___

Credit Disability $ ___N/A___

Insurance Company Name ___N/A___

Home Office Address ___N/A___

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐ N/A      N/A
    Type of Insurance    Term

Premium $ ___N/A___

Insurance Company Name ___N/A___

Home Office Address ___N/A___

☐ N/A      N/A
    Type of Insurance    Term

Premium $ ___N/A___

Insurance Company Name ___N/A___

Home Office Address ___N/A___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

**X B** ___N/A___ ___N/A___
Buyer Signature    Date

**X B** ___N/A___ ___N/A___
Co-Buyer Signature    Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/21/2022 04:37:59 PM GMT

Exhibit A

THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## OTHER IMPORTA[ ]

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
• The vehicle and all parts or goods put on it;
• All money or goods received (proceeds) for the vehicle;
• All insurance, maintenance, service, or other contracts we finance for you; and
• All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law allows.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to your right to redeem the vehicle described below. Default means:
• You do not pay any payment on time;
• You give false, incomplete, or misleading information during credit application;
• You start a proceeding in bankruptcy or one is started against you or your property; or
• You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as the law allows. The attorney's fee will not exceed 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem) by paying all payments that are past due when you redeem, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale. After you redeem, you must make the remaining payments under this contract. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

Exhibit A

THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/21/2022 04:37:59 PM GMT

THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

g. **What we ▓▓▓▓▓▓▓▓▓▓onal insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**5. APPLICABLE LAW**
Federal law and the law of Mississippi apply to this contract.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

---

**NO COOLING OFF PERIOD**
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.     Buyer Signs **X C** _Weathers_     Co-Buyer Signs **X C** _N/A_
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements. Any dispute resolution agreement you sign with us or an assignee of this contract will apply to claims related to this contract.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract you sign.**

**You agree to the terms of this contract and any dispute resolution agreement you signed with this contract. You confirm that before you signed this contract and any dispute resolution agreement, we gave them to you, and you were free to take them and review them. You confirm that you received a completely filled-in copy of these documents when you signed them.**

Buyer Signs **X D** _Shameka_     Date 10/21/2022     Co-Buyer Signs **X D** N/A     Date N/A
Buyer Printed Name SHAMEKA WEATHERSBY     Co-Buyer Printed Name N/A
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A     Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** N/A     Address N/A
Seller signs HG MS CHEV LLC     Date 10/21/2022     By **X D** _(signature)_     Title FINANCE MA▓

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

CONTENT OR ▓ LEGAL COUNSEL.
THIS CUSTOMER COMPLETED COPY WAS CREATED ON 10/21/2022 04:37:59 PM GMT

Exhibit A

## Assignment Letter and Funding Itemization



| | | | |
|---|---|---|---|
| Completed Date: | 10/21/22 | App ID: | |
| Dealer: | HERRIN GEAR CHEVROLET | VIN: | 1GKKNNLS9KZ236024 |
| Customer: | Weathersby, Shameka | Vehicle: | 2019 GMC ACADIA |
| Contract No.: | | | |

This is confirmation that the below mentioned contract has been completed. You will receive another confirmation when payment is made to your account. By accepting that payment, you agree to the terms of the assignment below. For value received, this assignment is attached to and expressly made a part of a motor vehicle sale

By and between HERRIN GEAR CHEVROLET of JACKSON, MS and Shameka Weathersby of jackson, MS

Dated 10/21/22 (the "Contract" , securing vehicle described in the Contract with VIN 1GKKNNLS9KZ236024.

Seller hereby expressly sells, assigns and transfers all rights, title and interest to said Contract any guaranty executed in connection with the Contract. This includes any security interest in the motor vehicle purchased by the terms of the Contract and any and all accessions, attachments, accessories, and equipment (together the "Property"  and any proceeds of the Property; and all right, title and interest to any insurance policies or insurance proceeds purchased, endorsed, or obtained under the terms of the Contract to Capital One Auto Finance, its successors and assigns ("COAF" .

Seller further agrees that it is bound by any warranties, guaranties or holds harmless provisions and all other terms of the assignment contained in the Contract.

This assignment supercedes any assignment to another party that may appear on the Contract and is made subject to terms of the Dealer Agreement, if any, between Seller/Dealer and COAF. In the event of a conflict between the terms of this Assignment and the Dealer Agreement between Seller/Dealer, the terms of the Dealer Agreement will apply. In states that have set specific contract assignment requirements, this assignment will not supercede any requirements set by those states.

| | | | | | |
|---|---|---|---|---|---|
| **Total Amount Financed:** | $42,288.04 | (+ | Terms/Mileage Fee: | $0.00 | |
| **Dealer Fee:** | $0.00 | (- | Acquisition Fee: | $0.00 | |
| | | | Additional Acquisition Fee: | $0.00 | |
| **First Payment:** | $0.00 | (- | Marketing Fee: | $0.00 | |
| **Offset Fee:** | $0.00 | (- | Additional Processing Fee: | $0.00 | |
| | | | Assignment Fee: | $0.00 | |
| | | | Amount to Finance Fee: | $0.00 | |

Exhibit A

| | | | |
|---|---|---|---|
| NY Lien Reimbursement: | $0.00 | (+ | |
| Net to Dealer: | $42,288.04 | | |
| Dealer Participation: | $422.88 | | |

| | |
|---|---|
| Make Exception Fee: | $0.00 |
| Late Fee Penalty: | $0.00 |
| Contract Resubmittal Fee: | $0.00 |
| Florida Doc Fee Penalty: | $0.00 |
| Florida Doc Stamp Fee: | $0.00 |
| High Term Mileage Fee: | $0.00 |
| NY Lien Reimbursement: | $0.00 |

**ACH participants should receive funds within 2 business days.** Checks will be mailed on the following business day via First Class mail. To become an ACH participant, please contact your Relationship Manager.

Exhibit A

# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 1GKKNNLS9KZ236024 | GMC | 2019 | ACADIA | UV | MS0373893376 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 01/19/2023 | | 6 | USED | PC | 48330 ACTUAL |

**OWNER(S)**

WEATHERSBY, SHAMEKA
415 BROADMOOR DR
JACKSON MS 39206-4808

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

CAPITAL ONE AUTO FINANCE
PO BOX 660068
SACRAMENTO CA 95866-0068

DATE  10/21/2022

**2ND LIENHOLDER**

DATE

**MAIL TO**

CAPITAL ONE AUTO FINANCE
PO BOX 660068
SACRAMENTO  CA 95866-0068

 

LIEN SATISFACTION  THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

**1ST LIEN** _____  **BY** _____
(LIENHOLDER)  (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20**_____

**2ND LIEN** _____  **BY** _____
(LIENHOLDER)  (SIGNATURE AND TITLE)

**THIS** _____ **DAY OF** _____ **20**_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **19TH** DAY OF **JANUARY** 20 **23**

The Mississippi Department of Revenue hereby certifies that on application duly made  the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue  This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1  Mississippi Code of 1972  and subject to the provisions thereof

CONTROL NUMBER

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**



Exhibit B

# JD Power Used Car Guide
# Vehicle Valuation
Print Date: July 28, 2026

Customer:   WEATHERSBY, SHAMEKA

File No.:      COAF- █████████████

Vehicle Description:   2019 GMC Acadia Utility 4D SLT2 3.6L V6

VIN:                           1GKKNNLS9KZ236024

## Base Values

Retail: $   20250.00                    Wholesale/Trade-in: $   15675.00

## Optional Equipment/Adjustments

Estimated Miles      104000           $      -500.00

## Total Adjusted JD Power used Car Guide Values

Retail: $   19750.00                    Retail/Wholesale Average: $   17462.50

Reference   06/2026 Southeastern

Exhibit C