MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  Shameka  Latasha  Weathersby

_____
*Debtor(s)*

Case No.: 26-01707-JAW

Chapter: 13

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Capital One Auto Finance, a division of Capital One, N.A._____, a
[Name of Corporate Party]

**[Check One]**

[X] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
| --- |
|  |

**OR**

[X] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: July 28, 2026

/s/Wesley H. Blacksher
Attorney Signature

Wesley H. Blacksher          BAR #103026
Attorney Name               State Bar Number

917 Western America Circle, Suite
Address

Mobile, AL 36609
City, State, and Zip Code

(251) 344-5015        HWPoolelaw@gmail.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**