Certificate Number: 17082-MSS-DE-041355807

Bankruptcy Case Number: 26-01707

17082-MSS-DE-041355807

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2026, at 11:09 o'clock AM MST, SHAMEKA L WEATHERSBY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 22, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director