**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE**

**IN RE:**

| | | |
|---|---|---|
| | * | |
| **SHAMEKA LATASHA WEATHERSBY** | * | |
| **aka SHAMEKA LATASHA** | * | |
| **WEATHERSBY-HICKMAN** | * | **CASE NO.: 26-01707-JAW** |
| **aka SHAMEKA WEATHERSBY,** | * | |
| | * | |
| **Debtor.** | * | |

**AGREED ORDER (DOCKET #20)**

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $17,775.00 as regards the 2019 GMC Acadia at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.

## END OF ORDER ##

**AGREED BY:**

ATTORNEY FOR THE DEBTOR

/S/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

CHAPTER 13 TRUSTEE

/S/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9073
Email: sellis@tpmartinch13.com