**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**SHAMEKA LATASHA WEATHERSBY** **CASE NO. 26-01707-JAW**

**CONDITIONAL AGREED ORDER**

**THIS MATTER** came before the Court for a hearing on the Trustee's Objection to Confirmation (Docket #22). The Court, having fully considered the matter and finding the parties in agreement, does hereby order that the Objection should be overruled in part.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to Confirmation is hereby overruled in part based on the condition that the Debtor shall provide documentation from the student loan servicer, Missouri Higher Education Loan Authority (MOHELA), that reflects the Debtor's student loan repayment status and agreement to the Trustee **within fourteen (14) days** of the entry of this Order.

**IT IS FURTHER ORDERED** that should the Debtor fail to timely adhere to the aforementioned condition the Objection to Confirmation shall be sustained and the Trustee may submit an Order of Dismissal without further notice or hearing.

**##END OF ORDER##**


**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com