United States Bankruptcy Court
Southern District of Mississippi

In re: Shameka Latasha Weathersby
Debtor

Case No. 26-01707-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Sep 24, 2026 | Form ID: pdf012 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shameka Latasha Weathersby, 5640 Keele St, Apt F12, Jackson, MS 39206-3668 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5687739 | Email/Text: EBN@Mohela.com | Sep 24 2026 19:39:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shameka Latasha Weathersby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |

| | |
|---|---|
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 5

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**SHAMEKA LATASHA WEATHERSBY** **CASE NO. 26-01707-JAW**

**<u>CONDITIONAL AGREED ORDER</u>**

**THIS MATTER** came before the Court for a hearing on the Trustee's Objection to Confirmation (Docket #22). The Court, having fully considered the matter and finding the parties in agreement, does hereby order that the Objection should be overruled in part.

**IT IS THEREFORE ORDERED** that the Trustee's Objection to Confirmation is hereby overruled in part based on the condition that the Debtor shall provide documentation from the student loan servicer, Missouri Higher Education Loan Authority (MOHELA), that reflects the Debtor's student loan repayment status and agreement to the Trustee **within fourteen (14) days** of the entry of this Order.

**IT IS FURTHER ORDERED** that should the Debtor fail to timely adhere to the aforementioned condition the Objection to Confirmation shall be sustained and the Trustee may submit an Order of Dismissal without further notice or hearing.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com