United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-01707-JAW
Shameka Latasha Weathersby Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: n032 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shameka Latasha Weathersby, 5640 Keele St, Apt F12, Jackson, MS 39206-3668 |
| 5687726 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5713517 | | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5687727 | + | Atmos Energy, 4155 Industrial Dr, Jackson, MS 39209-2746 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 21:48:12 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5687725 | + | Email/Text: sbridwell@arscollections.com | Oct 31 2026 21:47:00 | Advance Recovery, P.O. Box 3590, Jackson, MS 39207-3590 |
| 5693519 | + | Email/Text: famc-bk@1stassociates.com | Oct 31 2026 21:47:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 5687728 | + | Email/Text: bnc-breadpay@quantum3group.com | Oct 31 2026 21:47:00 | Bread Pay, PO Box 182508, Columbus, OH 43218-2508 |
| 5687729 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 21:48:08 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5687730 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 31 2026 21:48:04 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5689279 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2026 21:48:08 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5687731 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2026 21:48:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5687732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 21:48:09 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5712386 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2026 21:59:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5687734 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2026 21:47:00 | Comenity Capital, Attn: Bankruptcy, Pob 182273, Columbus, OH 43218-2273 |
| 5687735 | + | Email/Text: bnc-breadpay@quantum3group.com | Oct 31 2026 21:47:00 | Comenitycapital, Po Box 182508, Columbus, OH 43218-2508 |
| 5687736 | + | Email/Text: mrdiscen@discover.com | Oct 31 2026 21:46:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5687737 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 31 2026 21:47:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| | | | | |
|---|---|---|---|---|
| 5701818 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 21:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5694478 | + | Email/Text: RASEBN@raslg.com | Oct 31 2026 21:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5687738 | | Email/Text: customerservice.us@klarna.com | Oct 31 2026 21:46:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5687739 | | Email/Text: EBN@Mohela.com | Oct 31 2026 21:47:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5697546 | | Email/PDF: cbp@omf.com | Oct 31 2026 21:48:04 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5701891 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 21:47:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 5712866 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2026 21:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5687740 | + | Email/PDF: cbp@omf.com | Oct 31 2026 21:48:12 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5687741 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2026 21:48:08 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5687742 | + | Email/Text: bncmail@w-legal.com | Oct 31 2026 21:47:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5687743 | + | Email/Text: famc-bk@1stassociates.com | Oct 31 2026 21:47:00 | Total Visa/tbom, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 5687744 | | Email/Text: bknotice@upgrade.com | Oct 31 2026 21:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5687733 | | City of Jackson Water |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shameka Latasha Weathersby trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 5

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01707−JAW
**Chapter:** 13

**In re:**

Shameka Latasha Weathersby
aka Shameka Latasha
Weathersby−Hickman, aka Shameka
Weathersby
5640 Keele St
Apt F12
Jackson, MS 39206

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/22/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 22, 2026

Danny L. Miller, Clerk of Court